No. 1496, Misc. MIZE *v.* CROUSE, WARDEN. C. A. 10th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. 

MARCH 24, 1969.

No. 163. YOUNGER, DISTRICT ATTORNEY OF LOS ANGELES COUNTY *v.* HARRIS ET AL. Appeal from D. C. C. D. Cal. [Probable jurisdiction noted, 393 U. S. 1013.] Motion of appellee Harris for leave to proceed further herein *in forma pauperis* granted. *Frank S. Pestana, A. L. Wirin, Fred Okrand,* and *Sam Rosenwein* on the motion.

No. 173. GORMAN *v.* UNITED STATES, 393 U. S. 832. In light of the Court's decision in *Alderman* v. *United States, Ivanov* v. *United States,* and *Butenko* v. *United States, ante,* p. 165, the United States is requested to file a response to petition for rehearing in this case specifically with respect to petitioner's allegation that he "appeared before the District Court where that Court summarily, without taking evidence or hearing argument, and apparently on the representation of non-materiality by the government ruled the purported log not material to the petitioner's case."

No. 798. UNITED STATES *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL.; and
No. 997. CARR ET AL. *v.* MONTGOMERY COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. [Certiorari granted, 393 U. S. 1116.] Motion of petitioners to advance granted. *Solicitor General Griswold* for the United States in No. 798 and for petitioners in No. 997. *Vaughn Hill Robison* and *Joseph D. Phelps* for respondents in both cases in opposition.